IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

THOMAS E. PEREZ, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

DIVERSIFIED BUILDERS INCORPORATED, a Colorado corporation, and
RONALD MATTOX, individually,

    Defendants.

_____

**COMPLAINT**
_____

THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor (the "Secretary"), brings this action to enjoin Diversified Builders Incorporated ("DBI"), a Colorado corporation, and Ronald Mattox, individually and as owner and managing agent of the corporate defendant (together as "Defendants"), from violating the provisions of Sections 7, 11, 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* (FLSA or Act), and to restrain Defendants from withholding payment of overtime compensation owed under the FLSA to employees who are named in the Attached Exhibit A.

    1.    The Court has jurisdiction over this action pursuant to Sections 16 and 17 of the FLSA, 29 U.S.C. §§ 216 and 217, and by 28 U.S.C. § 1331 (federal question) and § 1345 (United States as Plaintiff).

2. (a) DBI is, and at all relevant times herein, has been a Colorado corporation with its principal place of business at 8360 W. 48th Avenue, Wheat Ridge, Colorado, 80033, within the jurisdiction of this Court and has been engaged in business as a drywall contractor providing drywall installation services to general contractors and other customers.

(b) Mattox resides within the jurisdiction of this Court.

(c) Mattox is the sole owner, board member, and the President of DBI, and has been at all relevant times an employer within the meaning of FLSA §3(d), 29 U.S.C. § 203(d) in that he was a person acting directly or indirectly in the interests of DBI in relation to employees on its payroll and including employees jointly employed by DBI as alleged herein.

3. At all relevant times herein, Defendants have been an "enterprise" within the meaning of Section 3(r) of the Act, 29 U.S.C. § 203(r), in that the activities of Defendants have constituted related activities performed through unified operation or common control for a common business purpose.

4. The enterprise referenced in Paragraph 3 has, and at all relevant times herein, has had (a) employees engaged in commerce or in the production of goods for commerce, or in the handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce; (b) an annual gross volume of sales made or business done of not less than $500,000; and (c) constitutes "an enterprise engaged in commerce or in the production of good for commerce" within the meaning of Section 3(s)(1)(A) of the Act, 29 U.S.C. § 203(s)(1)(A).

5. The Secretary investigated Defendants' compliance with the provisions of the FLSA and found no violations with respect to employees on DBI's payroll.

6. The Secretary, however, examined Defendants' relationship with certain labor staffing businesses and their laborers who performed drywall installation services on DBI projects at various times from September 1, 2013 to March 27, 2015 (the "Investigation Period"), and the Secretary determined that Defendants were employers of such individuals under the FLSA (Defendants and the staffing businesses were joint employers), and such individuals were employees of Defendants under the FLSA.

7. Defendants have violated the provisions of Sections 7 and 15(a)(2) of the FLSA by employing certain of their employees in an enterprise engaged in commerce or in the production of goods for commerce, without compensating said employees overtime wages for their employment in excess of forty (40) hours in workweeks within the Investigation Period.

8. Defendants have violated the provisions of sections 11(c) and 15(a)(5) of the Act in that they failed to make, keep, and preserve adequate and accurate records of certain employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the Act and found in 29 C.F.R. § 516 in that, to the extent records exist, they fail to show adequately and accurately, among other things, the hours worked each workday, the total hours worked each workweek, and the rate of pay for work performed during the Investigation Period.

9. As a result of the violations alleged in Paragraphs 7 and 8 above, amounts are owing from Defendants to the employees named on Exhibit A, which is attached hereto and incorporated herein.

10. A judgment enjoining and restraining the violations alleged herein, including restraint of the continued withholding of compensation found to be due the employees is specifically authorized by Section 17 of the Act, 29 U.S.C. § 217.

**WHEREFORE**, cause having been shown, the Secretary prays for judgment against Defendants as follows:

1. For an Order stating that the persons listed on Exhibit A are employees of Defendants and that correspondingly Defendants are the employers of such individuals under the FLSA;

2. For an Order pursuant to Section 17 of the Act permanently enjoining and restraining DBI, its officers, agents, servants, employees, and those persons in active concert or participation with DBI, from violating Sections 7, 11(c), 15(a)(2) and 15(a)(5) of the Act;

3. For an Order pursuant to Section 17 enjoining and restraining Defendants from withholding payment of unpaid overtime compensation found due Defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621;

4. For an Order awarding Plaintiff the costs of this action; and

5. For an Order granting such other and further relief as may be necessary and appropriate.

                Respectfully submitted,

                M. Patricia Smith, Solicitor of Labor
                James E. Culp, Regional Solicitor
                John Rainwater, Associate Regional Solicitor
                Lydia Tzagoloff, Counsel for Wage and Hour Division

                /s/Tyler P. McLeod_____
                Tyler P. McLeod
                Senior Trial Attorney
                U.S. Department of Labor
                Office of the Solicitor
                1244 Speer Boulevard, Suite 515
                Denver, CO  80204-3516
                (303) 844-0936
                mcleod.tyler.p@dol.gov

| Row Labels | Date Start | Date End |
|---|---|---|
| Adrian Marquez | 7/26/2014 | 8/2/2014 |
| AF Drywall & Finishers | 2/4/2015 | 2/11/2015 |
| Agustin Davila | 7/12/2014 | 1/23/2015 |
| Alberto Avalos Tena | 6/14/2014 | 7/26/2014 |
| Alberto Avalos Tena | 6/16/2014 | 6/23/2014 |
| Alejandro Alvarez | 6/21/2014 | 7/19/2014 |
| Alex Alba | 6/28/2014 | 7/26/2014 |
| Alfredo Davila | 8/23/2014 | 12/19/2014 |
| Alonso Davila | 7/12/2014 | 1/17/2015 |
| Alvaro Rodriguez | 8/1/2014 | 9/27/2014 |
| Angel Perez Hielo | 7/12/2014 | 12/19/2014 |
| Angel Piedra | 6/21/2014 | 7/19/2014 |
| Antonio Negrete | 6/28/2014 | 8/30/2014 |
| Antonio Ortiz | 6/30/2014 | 7/7/2014 |
| Antonio Rivera | 6/14/2014 | 6/18/2014 |
| Armando Flores | 6/28/2014 | 8/16/2014 |
| Armando Rios | 7/19/2014 | 10/31/2014 |
| Arnulfo Mani | 6/14/2014 | 7/12/2014 |
| Benito Romero | 7/26/2014 | 9/27/2014 |
| Benjamin Cruz | 6/28/2014 | 8/30/2014 |
| Bernardo Escobeda | 7/12/2014 | 1/30/2015 |
| Blas Pompas | 7/3/2014 | 7/10/2014 |
| Canyon Drywall Company | 2/27/2015 | 3/27/2015 |
| Cesar Acosta | 8/30/2014 | 10/10/2014 |
| Cesar Basilio | 6/22/2014 | 8/16/2014 |
| Cesar Cervantes | 8/12/2014 | 8/19/2014 |
| Cesar Hernandez | 7/3/2014 | 9/25/2014 |
| Cesar Loya | 7/19/2014 | 7/26/2014 |
| Cesar Mani | 6/21/2014 | 7/12/2014 |
| Cesar Torres | 9/19/2014 | 9/26/2014 |
| Claudio Munoz | 7/12/2014 | 8/9/2014 |
| Daniel Lopez | 7/5/2014 | 3/20/2015 |
| David Colin Herrera | 6/13/2014 | 12/24/2014 |
| Domingo Aragon | 6/14/2014 | 7/26/2014 |
| Drywall Technology | 9/25/2014 | 12/22/2014 |
| Edgar Acosta | 9/13/2014 | 11/7/2014 |
| Edgar Gonzalez | 7/12/2014 | 12/19/2014 |
| Eduard Iniguez | 10/18/2014 | 10/25/2014 |
| El Pelor Salvador Nieves | 7/12/2014 | 7/19/2014 |
| Eloy Rodriguez | 6/21/2014 | 7/26/2014 |
| Empire Drywall | 12/3/2014 | 1/23/2015 |
| Enrique Kim | 10/18/2014 | 10/25/2014 |
| Enrique Mora | 6/14/2014 | 7/12/2014 |
| Enrique Ontiveros | 6/28/2014 | 7/19/2014 |
| Eric Castellanos | 7/18/2014 | 8/3/2014 |
| Ernesto Ortiz | 6/23/2014 | 7/12/2014 |

EXHIBIT A
Sec'y of Labor v. DBI et al.

| Name | Date 1 | Date 2 |
|---|---|---|
| Esteban Santillana M | 6/13/2014 | 11/7/2014 |
| Esven Varela Chavira | 9/13/2014 | 12/24/2014 |
| Fausto Garcia | 8/30/2014 | 11/7/2014 |
| Fausto Valdez | 6/13/2014 | 11/21/2014 |
| Felipe Landa | 9/19/2014 | 10/17/2014 |
| Fernando Gonzalez | 6/27/2014 | 8/1/2014 |
| Fernando Quintero | 6/13/2014 | 9/19/2014 |
| Fernando Villegas Ruiz | 6/13/2014 | 11/10/2014 |
| Francisco Zepeda | 6/14/2014 | 6/21/2014 |
| Gabriel Flores Perez | 6/13/2014 | 8/1/2014 |
| Gabriel Gonzalez | 7/12/2014 | 1/23/2015 |
| Galacio Ramirez | 7/19/2014 | 7/26/2014 |
| Gerardo Munoz | 12/12/2014 | 3/13/2015 |
| Gerardo Robles | 6/14/2014 | 6/21/2014 |
| Gerardo Vasquez | 7/19/2014 | 9/26/2014 |
| German Mendoza | 7/12/2014 | 8/22/2014 |
| Gildardo Angulo | 9/13/2014 | 12/19/2014 |
| Guadalupe Hernandez | 7/19/2014 | 7/26/2014 |
| Guadalupe Lozano | 6/23/2014 | 9/13/2014 |
| Hector Martinez Rojo | 7/12/2014 | 8/21/2014 |
| Hermando Mores | 7/12/2014 | 7/19/2014 |
| Hilario Avalos | 7/12/2014 | 12/19/2014 |
| Hugo Davila | 7/12/2014 | 1/23/2015 |
| Hugo Gomez | 10/18/2014 | 10/25/2014 |
| Hugo Hernandez | 7/18/2014 | 7/25/2014 |
| Israel Acosta | 7/12/2014 | 11/14/2014 |
| Israel Ledezma | 9/6/2014 | 10/10/2014 |
| Ivan Carballo | 7/12/2014 | 7/19/2014 |
| Ivan Torres | 8/23/2014 | 9/13/2014 |
| Jaime Villegas Flores | 10/24/2014 | 3/27/2015 |
| Javier de Leon | 11/14/2014 | 12/17/2014 |
| Javier Rodriguez | 6/14/2014 | 7/26/2014 |
| Javier Villanueva | 9/13/2014 | 11/7/2014 |
| Jesus Antonio Perez | 2/13/2015 | 2/27/2015 |
| Jesus Luna | 6/21/2014 | 7/26/2014 |
| Jesus Rangel | 7/28/2014 | 8/1/2014 |
| Joaquin Garcia | 11/7/2014 | 3/27/2015 |
| Johnny Ivan | 8/16/2014 | 8/23/2014 |
| Jonathan Alvarez | 7/3/2014 | 1/23/2015 |
| Jonathan Mancera | 12/19/2014 | 12/22/2014 |
| Jorge Lopez | 6/21/2014 | 6/28/2014 |
| Jorge Velazquez | 6/21/2014 | 7/19/2014 |
| Jose A Ornelas | 2/4/2015 | 3/27/2015 |
| Jose Acosta | 6/27/2014 | 1/15/2015 |
| Jose Antonio Palacios | 6/28/2014 | 1/8/2015 |
| Jose Becerra | 6/28/2014 | 7/12/2014 |
| Jose Briseno | 6/21/2014 | 7/26/2014 |

| Name | Start | End |
|---|---|---|
| Jose Carmen Ramirez | 7/19/2014 | 7/26/2014 |
| Jose Carreon | 6/28/2014 | 7/12/2014 |
| Jose Duran | 10/10/2014 | 11/14/2014 |
| Jose Garcia | 6/16/2014 | 6/23/2014 |
| Jose Guadalupe Quintero | 8/23/2014 | 11/21/2014 |
| Jose Hernandez | 8/28/2014 | 9/4/2014 |
| Jose Ignacio Jardinez | 6/28/2014 | 8/9/2014 |
| Jose Luis Pimentel | 6/14/2014 | 10/5/2014 |
| Jose Luis Ramirez | 6/28/2014 | 8/2/2014 |
| Jose Luis Ricardo | 8/16/2014 | 8/23/2014 |
| Jose Mirada | 6/28/2014 | 7/12/2014 |
| Jose Miranda | 6/14/2014 | 6/21/2014 |
| Jose Rodriguez | 6/28/2014 | 7/26/2014 |
| Jose Roman Armenta | 6/28/2014 | 7/5/2014 |
| Jose Ventura | 6/23/2014 | 6/30/2014 |
| Juacin Garcia | 1/3/2015 | 1/10/2015 |
| Juan Chapasquedo | 7/22/2014 | 8/15/2014 |
| Juan Luis Mirando | 6/28/2014 | 7/5/2014 |
| Juan Ma Rodriguez | 7/26/2014 | 8/2/2014 |
| Juan Manuel Rodriguez | 6/21/2014 | 7/26/2014 |
| Juan Parada | 10/25/2014 | 11/1/2014 |
| Juan Rascon | 6/14/2014 | 7/19/2014 |
| Juan Roman Armenta | 7/12/2014 | 7/19/2014 |
| Juan Salas | 10/3/2014 | 10/10/2014 |
| Julian Zepeda | 7/12/2014 | 8/1/2014 |
| Luis Gonzalez | 7/26/2014 | 8/2/2014 |
| Luis Ivan Villalobos Sanchez | 12/4/2014 | 12/11/2014 |
| Luis Mariscal | 6/14/2014 | 7/19/2014 |
| Luis Rodriguez | 6/20/2014 | 6/27/2014 |
| Luis Vargas | 10/27/2014 | 11/3/2014 |
| Magaly Vargas | 6/20/2014 | 10/4/2014 |
| Manuel Lopez | 6/20/2014 | 3/13/2015 |
| Manuel Robles | 9/6/2014 | 10/10/2014 |
| Marco Antonio Garcia | 7/3/2014 | 10/24/2014 |
| Marco Quintano | 7/12/2014 | 7/19/2014 |
| Marin Rojas | 7/26/2014 | 8/2/2014 |
| Marino Pascual | 6/13/2014 | 9/5/2014 |
| Mario Santos | 8/30/2014 | 10/24/2014 |
| Martin Jardinez | 7/19/2014 | 7/26/2014 |
| Martin Raya | 6/14/2014 | 6/14/2014 |
| Martin Rojas | 6/21/2014 | 6/28/2014 |
| Martin Trevizo | 6/20/2014 | 8/8/2014 |
| Martin Vidales | 6/28/2014 | 7/26/2014 |
| Mauricio Garcia | 7/26/2014 | 8/1/2014 |
| Minerva Perez | 6/14/2014 | 7/26/2014 |
| Myrna Avila | 6/28/2014 | 7/5/2014 |
| Natividad Lugo Avila | 6/28/2014 | 1/17/2015 |

| Name | Date 1 | Date 2 |
|---|---:|---:|
| Neri Omar Mejia Escobedo | 6/23/2014 | 11/21/2014 |
| Nicasio Quintero | 11/5/2014 | 11/12/2014 |
| Noe Elizarra | 7/12/2014 | 7/26/2014 |
| Noe Granillo | 8/23/2014 | 12/17/2014 |
| Olivera Drywall | 7/12/2014 | 7/19/2014 |
| Omar Ayala | 7/12/2014 | 7/19/2014 |
| Omar Cuenca | 6/14/2014 | 7/26/2014 |
| Omar Cuenca Perez | 8/30/2014 | 3/6/2015 |
| Omar Flores | 7/19/2014 | 8/16/2014 |
| Oracio Davila | 6/28/2014 | 12/19/2014 |
| Oscar Gutierrez | 9/19/2014 | 9/26/2014 |
| Oscar Lozano | 6/27/2014 | 7/4/2014 |
| Oscar Rascon | 6/23/2014 | 7/19/2014 |
| Osvaldo Mejia | 7/12/2014 | 1/17/2015 |
| Pablo Gonzalez | 12/19/2014 | 1/17/2015 |
| Pedro Ceron | 6/14/2014 | 7/26/2014 |
| Pedro Estrada | 9/13/2014 | 9/20/2014 |
| Rafael Reyes | 10/31/2014 | 11/14/2014 |
| Ramiro Herrera | 6/28/2014 | 7/26/2014 |
| Ramon Leon Jaime | 2/13/2015 | 3/27/2015 |
| Ramon Milan | 9/13/2014 | 10/10/2014 |
| Ramon Ramirez | 7/19/2014 | 7/26/2014 |
| Raul Ramirez | 6/28/2014 | 7/12/2014 |
| Redesel Ledezma | 10/4/2014 | 10/11/2014 |
| Rene Olivas | 10/4/2014 | 10/11/2014 |
| Ricardo Castorena | 6/21/2014 | 6/28/2014 |
| Ricardo Gomez Valle | 9/27/2014 | 10/4/2014 |
| Ricardo Montoya | 6/27/2014 | 7/25/2014 |
| Rigoberto Carias | 6/14/2014 | 7/12/2014 |
| Rigoberto Duran | 7/12/2014 | 11/14/2014 |
| Rosalio Rosas | 6/14/2014 | 7/26/2014 |
| Rosalio Rosas Torres | 8/23/2014 | 11/21/2014 |
| Samer Mendez | 6/27/2014 | 7/4/2014 |
| Samuel Martinez | 6/14/2014 | 7/26/2014 |
| Samuel Martinez Torres | 10/29/2014 | 12/12/2014 |
| Saul Gonzalez Ramirez | 7/26/2014 | 12/19/2014 |
| Saul Rodriguez | 6/14/2014 | 7/12/2014 |
| Sebastian Olivera | 12/19/2014 | 12/26/2014 |
| Sebastian Rosas | 6/14/2014 | 7/26/2014 |
| Sebastian Rosas Torres | 10/29/2014 | 12/28/2014 |
| Seberiano Olvera Ibarra | 6/28/2014 | 1/31/2015 |
| Sergio Salgado | 6/14/2014 | 11/7/2014 |
| Tiburcio Mayorga | 6/16/2014 | 12/26/2014 |
| Victor Ramirez | 6/28/2014 | 8/2/2014 |
| Violeta Solis | 7/3/2014 | 11/21/2014 |
| Waybuilt Construction Corp | 6/27/2014 | 7/5/2014 |
| Yolanda Landa | 10/10/2014 | 10/17/2014 |